■ In the Matter of EXCESS LINE ASSOCIATION OF NEW YORK, Appellant, v SALVATORE R. CURIALE, as Superintendant of Insurance of the State of New York, Respondent. [619 NYS2d 557] —Order, Supreme Court, New York County (Carol E. Huff, J.), entered on or about March 30, 1994, unanimously affirmed for the reasons stated by Huff, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Kupferman and Asch, JJ.